IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALEJANDRA BERRIOS COTTO,

    Petitioner,
v.                                               Case No. 4:17cv394-RH/CAS

COIT, Warden,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

In an order filed September 14, 2017, Petitioner Alejandra Berrios Cotto was directed to either pay the $5.00 filing fee or, alternatively, file a motion to proceed in forma pauperis (IFP) on or before October 16, 2017. ECF No. 3. That same order directed Petitioner to file an amended § 2241 petition on or before October 16, 2017, *see id.*; Petitioner timely submitted the amended petition, *see* ECF No. 4. Petitioner has not, however, complied with the Court's order to pay the $5.00 filing fee or file an IFP motion. This Court specifically warned Petitioner that a recommendation would be made that this case be dismissed if Petitioner failed to comply with the Court's order as instructed. ECF No. 3 at 3.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626 (1962). Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure

to obey a court order.   <u>Moon v. Newsome</u>, 863 F.2d 835, 838 and cases cited (11th Cir. 1989).   Because Petitioner did not comply with an order, this petition should be dismissed without prejudice.

Petitioner shall have a 14-day period after service of this report and recommendation in which to file objections.   This will also afford Petitioner a final opportunity to show good cause for this failure to respond.   Petitioner may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**IN CHAMBERS** at Tallahassee, Florida, on November 20, 2017.

<u>S/ Charles A. Stampelos</u>
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2).   A copy of the objections shall be served upon all other parties.   A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.   Fed. R. Civ. P. 72(b)(2).   <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only</u>**

**and does not control.** **If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a Report and Recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**